EDWIN G. PREIS, JR.'
L. LANE ROY'
JENNIFER E. MICHEL'
RICHARD J. HYMEL'
ROBERT M. KALLAM'
DONALD E. TIGNER'
FRANK A. PICCOLO'
JOHN M. RIBARITS'
CATHERINE M. LANDRY'
WILLARD P. SCHIEFFLER'
JAMES A. LOCHRIDGE, JR.'
JACK C. BENJAMIN, JR.'
WILLA LeBLANC SMITH'
LORI A. HOOD'
FRANCIS A. COURTENAY, JR.'
JENNIFER A. WELLS'
DAWN L. MORRIS'
DAVID L. PYBUS'
JEFFREY A. RIGGS'
TAMMY B. SCELFO'
MATTHEW D. McCONNELL'
GREGORY S. HUDSON'
JOSEPH E. LEE, III'
DAVID M. FLOTTE'
CARL J. HEBERT'
THOMAS P. BOWES'
DANIELLE M. SMITH'
JONATHAN L. WOODS'
JOSHUA W. MERMIS'
M. BENJAMIN ALEXANDER'
TABITHA R. DURBIN'
HILARY A. FRISBIE'
MICHAEL T. BECKERS'
MARK L. BARBRE'
J. MICHAEL FUSSELL, JR.'
RÉMY A. JARDELL'

' ADMITTED TO PRACTICE IN LOUISIANA ONLY
² ADMITTED TO PRACTICE IN TEXAS ONLY
³ ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

# PREIS & ROY

(A PROFESSIONAL LAW CORPORATION)

POST OFFICE DRAWER 94-C

VERSAILLES CENTRE'

SUITE 400

102 VERSAILLES BOULEVARD

## LAFAYETTE, LOUISIANA 70509

TELEPHONE 337.237.6062
TELEFAX 337.237.9129
E-mail pr@preisroy.com
www.preisroy.com

**NEW ORLEANS**
PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.581.6062
TELEFAX 504.522.9129

**HOUSTON**
SUITE 600
2000 BERING DRIVE
HOUSTON, TEXAS 77057
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

May 10, 2007

Westport Insurance Corporation
Specialty Claims

*Via Facsimile Only*
*1-877-880-1590*

Gentlemen:

I enclose for you a copy of a letter we recently received from AIG Global Marine and Energy Service through Mr. John Roberts, Assistant Vice President. I send it to you as notification of a potential claim against this firm. This firm is insured under a Westport policy and has been so for many years. Please log this in as a potential claim and advise as to the claim representative who will be monitoring the file.

The letter from AIG is directed to Frank Piccolo at our New Orleans office. Mr. Piccolo is still with our firm, but he is now heading the Houston office. Mr. deBlanc, who is referred to in the letter, is no longer with our firm and the dates of his employment are particularly relevant to the matter.

Mr. deBlanc came to our firm March 1, 2004. He left our firm January 3, 2006. The file referred to in the AIG letter was a file he brought to the firm from his prior firm, McGlinchey, in New Orleans. When he left our firm, he was unable to keep the file and it was therefore referred back to the McGlinchey firm and it was and is being handled by that firm through attorney Michael Noonan. Interestingly, both Mr. deBlanc and Mr. Noonan are of the opinion, as you can see from the email from Mr. deBlanc to Frank Piccolo dated 05/07/2007, sent herewith, and Frank Piccolo's conversation with Mr. Noonan, that the matters referred to in the complaint letter are still matters still in litigation and matters which, according to Mr. Noonan, are simple clerical matters that are being handled. He believes that with ninety (90%) percent certainty, the issues will be resolved at the appeal level.

EXHIBIT 1

PREIS & ROY

Westport Insurance Corporation
Specialty Claims
May 10, 2007
Page 2

Additionally, with the fact of the start of Mr. deBlanc's employment in '04 and the claim in the letter that the Judgment was defective in July 2004, our position is that the claim would be perempted under Louisiana Peremptive Statute. If the effective date is June of 2006, as the letter indicates, then it would have come at a time that Mr. deBlanc was no longer with our firm and the file was being handled either by him directly or, it appears, again by the McGlinchey firm. It would mean thus that our firm would not be involved in the case in either way, one because the claim would have perempted and two because the claim was not being handled by this firm any longer.

Please consider the writer to be the principal contact on this matter in the firm. We are hopeful that this matter will not come to claim, but we felt obligated to turn this over to you as a potential claim because the contents of the letter seem to indicate to us that it is. Further, please be advised that we are in fact counsel for Westport in this area, have handled many attorney malpractice claims in the past, and appreciate the good services that your firm renders in connection with oversight of these claims. If it is going to be referred to counsel for defense, we would ask that it be referred to Gus Fritchie, panel counsel in New Orleans, rather than panel counsel here in Lafayette or Alexandria, who we find unacceptable.

Please verify the receipt of this matter and the assignment of a claim number.

With kind regards, I remain

Very truly yours,

PREIS & ROY

LANE ROY

LLR/ymh/1479365
cc: Mr. Frank Piccolo (Firm)