EDWIN G. PREIS, JR.[3]
L. LANE ROY[3]
JENNIFER E. MICHEL[3]
RICHARD J. HYMEL[3]
ROBERT M. KALLAM[3]
DONALD E. TIGNER[3]
FRANK A. PICCOLO[3]
JOHN M. RIBARITS[3]
CATHERINE M. LANDRY[3]
WILLARD P. SCHIEFFLER[3]
JAMES A. LOCHRIDGE, JR.[1]
JACK C. BENJAMIN, JR.[3]
WILLA LeBLANC SMITH[3]
LORI A. HOOD[2]
CHARLES J. BOUDREAUX, JR.[1]
FRANCIS A. COURTENAY, JR.[1]
JENNIFER A. WELLS[3]
DAWN L. MORRIS[3]
DAVID L. PYBUS[2]
JEFFREY A. RIGGS[3]
TAMMY B. SCELFO[3]
MATTHEW D. McCONNELL[3]
GREGORY S. HUDSON[2]
JOSEPH E. LEE, III[3]
DAVID M. FLOTTE[3]
CARL J. HEBERT[1]
THOMAS P. BOWES[2]
DANIELLE M. SMITH[1]
JONATHAN L. WOODS[3]
JOSHUA W. MERMIS[2]
M. BENJAMIN ALEXANDER[1]
TABITHA R. DURBIN[1]
HILARY A. FRISBIE[2]
MICHAEL T. BECKERS[3]
MARK L. BARBRE[1]
J. MICHAEL FUSSELL, JR.[1]
REMY A. JARDELL[1]

[1] ADMITTED TO PRACTICE IN LOUISIANA ONLY
[2] ADMITTED TO PRACTICE IN TEXAS ONLY
[3] ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

# PREIS & ROY

(A PROFESSIONAL LAW CORPORATION)

POST OFFICE DRAWER 94-C

VERSAILLES CENTRE'

SUITE 400

102 VERSAILLES BOULEVARD

## LAFAYETTE, LOUISIANA 70509

TELEPHONE 337.237.6062
TELEFAX 337.237.9129
E-mail pr@preisroy.com
www.preisroy.com

**NEW ORLEANS**
PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.581.6062
TELEFAX 504.522.9129

**HOUSTON**
SUITE 600
2000 BERING DRIVE
HOUSTON, TEXAS 77057
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

June 15, 2007

Ms. Peggy Kleinschmit
Westport Insurance Corporation
525 W. Van Buren, Ste. 500
Chicago, IL 60607

*Via Facsimile Only - 877-880-1590*

RE:   Claim No:    2028056
      Policy No.   WLW308004446501
      Insured:     Preis & Roy
      Claimant:    AIG Global Marine & Energy Service

Dear Peggy:

Enclosed please find a copy of the suit filed in connection with the captioned claim, as against Michael Deblanc, former employee lawyer of Preis & Roy, as well as Preis & Roy.

As I advised, previously, and as the Petition indicates, the claimed wrongdoing took place in October of 2003, before Deblanc came to this firm. While that is the case, the Petition seems to try and get around the preemption statute, one year in Louisiana, simply by saying that the real problem or real tort on behalf of Deblanc is for failure to correct the problem. As I previously advised, we still have the belief that the problem will be corrected in the Court of Appeal, and are still awaiting that issue, but in the meantime, this suit was filed. Interestingly, the suit does not include as a defendant the law firm that Deblanc was with at the time of the claimed incident, McGlinchey, or the firm that he is presently with, both of whom it seems to be should be included.

In any case, I wanted you to have this Petition and ask that it be assigned to counsel as soon as possible. I would ask that it be referred to Gus Fritchie in New Orleans for defense. Gus is and has been on the Westport panel for years, is highly competent, and our decided choice of counsel.

EXHIBIT 2

PREIS & ROY

Ms. Peggy Kleinschmit
June 15, 2007
Page 2

I know you have counsel here in Lafayette also, but quite frankly, they are not even in the same ball game as Gus.

I will be your contact here in connection with this matter, and Frank Piccolo of our New Orleans office is also quite knowledgeable in this matter. DeBlanc is still living in New Orleans, still practicing, but with another firm, and we have advised him previously that he should notify his current carrier as well as the carrier of the firm he was with at the time of the incident complained of.

All things considered, we consider this case as one that is defensible both from the point of view that damages likely will not occur, and for the point of view that the claims acts as against DeBlanc while he was with our firm are perempted and before he was with our firm would not be attributable to our firm, plus they are perempted.

Please acknowledge receipt of the enclosed and, if you will, please let me know when counsel has been assigned. Service on our firm was made through Edwin Preis, agent for service, yesterday in the afternoon.

With kindest personal regards, I remain

Very truly yours,

PREIS & ROY

L. LANE ROY

LLR/ymh/1482762
Enclosure