

Peggy P. Kleinschmit
Claims Specialist
Professional Liability

Commercial Insurance
Westport Insurance Corporation
222 W. Adams, Suite 2300
Chicago, IL 60606

Telephone 312.821.3931
Fax 877.880.1590
www.swissre.com

May 14, 2009

SENT VIA EMAIL: LLR@preisroy.com

Mr. Lane Roy
Preis & Roy
102 Versailles Blvd, Suite 400
LaFayette, LA 70509

Re: Insured:   Preis & Roy
    Claimant:  AIG Global (National Union)
    Claim No.: 2028056
    Policy No.: WLW308004446501

Dear Mr. Roy:

I am writing in reference to the above-referenced matter. Westport received notice of this matter on May 10, 2007. We have been providing a defense since June of 2007.

As you know, Westport issued a Lawyers Professional Liability Insurance Policy to the Firm under Policy No. WLW308004446501. This was a claims made and reported policy with effective dates of June 30, 2006 to June 30, 2007. The policy limits are $10,000,000 per claim and $10,000,000 in the aggregate. There was a $25,000 deductible for the policy period, applying to both expenses and loss, which has been exhausted. Claims expenses are within the limits of liability.

Suit was filed against Michael DeBlanc and Preis & Roy in June of 2007. The complaint stems, in part, from the legal representation of National Union and the other Underwriters by Michael DeBlanc, which began prior to 2001 and continued until June 2006. Mr. DeBlanc was employed with the firm of McGlinchey Stafford from April 1987 to February 2004. He was employed by Preis & Roy from March 1, 2004 to January 2006. Mr. DeBlanc was employed by McGlinchey Stafford during the underlying trial at issue. While the complaint alleges legal malpractice in connection with the Judgment that was entered in July of 2004, it also alleges legal malpractice in connection with the class action settlement (which occurred in 2002) and in connection with the Andry suit (which also occurred prior to 2002).

EXHIBIT 3

a

Based on these allegations, there are a few coverage issues which we must bring to your attention. Please refer to the INSURING AGREEMENTS section of the Lawyers Professional Liability Coverage Unit which provides in pertinent part as follows:

A. The Company shall pay on behalf of any INSURED all LOSS in excess of the deductible which any INSURED becomes legally obligated to pay as a result of CLAIMS first made against any INSURED during the POLICY PERIOD and reported to the Company in writing during the POLICY PERIOD or within sixty (60) days thereafter, by reason of any WRONGFUL ACT occurring on or after the RETROACTIVE DATE, if any;

Wrongful Act is defined in the VII. DEFINITIONS section of the LAWYERS PROFESSIONAL LIABILITY COVERAGE UNIT as:

R. "WRONGFUL ACT" MEANS any act, error, omission, circumstance, PERSONAL INJURY or breach of duty in the rendition of PROFESSIONAL SERVICES for others.

I further refer you to Section XV. DEFINITIONS, which defines RETROACTIVE DATE as follows:

I. "RETROACTIVE DATE" MEANS the date, as specified in the Declarations or in any endorsement attached hereto, on or after which any WRONGFUL ACT, as defined in each of the attached COVERAGE UNITS, must have occurred in order for CLAIMS arising therefrom to be covered under this POLICY. CLAIMS arising from any WRONGFUL ACT, as defined in each of the attached COVERGE UNITS, occurring prior to this date are not covered by this POLICY;

Please also refer to the LIMITATION OF INDIVIDUAL PRIOR ACTS (LIPA) Endorsement issued for Policy No. WLW308004446501 relative to Mr. DeBlanc:

This POLICY does not apply to any CLAIM based upon, arising out of or attributable to, or directly or indirectly resulting from an, act, error, omission, circumstance or PERSONAL INJURY committed by the following INSURED(s) prior to the corresponding RETROACTIVE DATE(s):

MICHAEL J. DEBLANC, JR.        03/01/2004

The present complaint is partially based upon representation that occurred prior to Mr. DeBlanc joining your firm and prior to this retroactive date of 3/1/2004.

In addition, please refer to the VI. EXCLUSIONS section of the LAWYERS PROFESSIONAL LIABILITY COVERAGE UNIT which states in pertinent part that:

...this COVERAGE UNIT shall not apply to any CLAIM based upon, arising out of, attributable to, or directly or indirectly resulting from:

C. any act, error, omission or PERSONAL INJURY committed or alleged to have been committed by any INSURED while that INSURED was a partner, officer, director, stockholder, shareholder or employee of a PRIOR FIRM if there is any other collectible insurance, under any other policy or policies covering that INSURED for LOSS and/or CLAIMS EXPENSES for such CLAIM in which case this insurance will be excess only to the extent this POLICY exceeds the difference between the limits available under the PRIOR FIRM'S policy and this POLICY;

Pursuant to Exclusion C above, we would not be able to provide coverage for the services rendered while Mr. DeBlanc was employed by the McGlinchey firm. Please note that the McGlinchey firm does not have a current professional liability insurance policy with Westport. Nor did it have a Westport policy at the time the claim was made. However, it is our understanding that the McGlinchey firm was insured by another carrier when this claim was made and therefore there is other collectible insurance available. Westport will contact the McGlinchey firm and attempt to get their carrier involved in this litigation and/or settlement.

Westport will continue to provide you a defense under a reservation of rights. This letter is not intended to waive or invalidate any other coverage defenses that we have in connection with this lawsuit. Westport reserves its right to file a declaratory action to determine its obligation to defend and/or indemnify. Westport reserves its right to seek reimbursement of all amounts paid including expenses, attorney's fees, settlement or judgment in the event coverage is found to be inapplicable

Please let me know if you have any questions or concerns.

Very truly yours,

*Peggy Kleinschmit*

Peggy Provis Kleinschmit
Claims Specialist
Westport Insurance Corporation
Direct Dial: 312-821-3931
Toll Free Fax: 877-880-1590
Email: peggy_kleinschmit@swissre.com

cc. Michael DeBlanc via email: michael.deblanc@zurichna.com
    Gus Fritchie via email: gfritchie@irwinllc.com