UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESTPORT INSURANCE CORP.                CIVIL ACTION

VERSUS                                   NO: 11-2741

PREIS & ROY, P.L.C.                     SECTION: "A"(1)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time.  During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

November 2, 2012

_____
Judge Jay C. Zainey
United States District Court